IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JERRY LOPEZ, | |
|---|---|
| *Plaintiff*, | |
| v. | CIVIL ACTION<br>No. 13-6571 |
| CITY OF PHILADELPHIA, *et al.*, | |
| *Defendants*. | |

## **ORDER**

**AND NOW**, this 5th day July, 2017, after consideration of Defendants' Motion to Dismiss, (ECF No. 10), and Plaintiff's Response, (ECF No. 12), it is hereby **ORDERED** that the Defendants' Motion to Dismiss is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.