IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY LOPEZ,<br><br>        *Plaintiff,*<br><br>v.<br><br>CITY AND COUNTY OF PHILADELPHIA *et al.*,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 13-6571 |

# **ORDER**

**AND NOW**, this 1st day of October, 2018, it is **ORDERED** that the case is

**DISMISSED with prejudice**. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.